Donald Seoane
ID: 1277492
02 Simpson Rd.
Kissimmee, FL 34744

**RECEIVED**

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

County Courthouse
450 Golden Gate Ave,
San Francisco, CA 94102

PRO SE

Legal Mail

US POSTAGE
$002.72
1-CLASS MAIL
06/29/2026 ZIP 34741
043M02206123



"Notice: Inmate correspondence originating from the Osceola County Jail, Florida. Content NOT reviewed or scanned by jail. Inmate is solely responsible for contents."