UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD SEOANE,

Plaintiff,

v.

RON DESANTIS, et al.,

Defendants.

Case No. 26-cv-06587-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Donald Seoane raises claims against various Florida state officials, including the Governor of Florida. Accordingly, this federal civil rights action is TRANSFERRED to the Middle District of Florida, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 89(b), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** August 12, 2026

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California